# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 14, 2026

Mr. Samuel Weiss
Rights Behind Bars
1800 M Street, N.W.
FNT 1, No. 33821
Room 33821
Washington, DC 20033

No. 26-30316 Folks v. Folks v. LA Dept of Pub Sfty
USDC No. 3:23-CV-1289

Dear Mr. Weiss,

The following pertains to your electronically filed appearance form.

Appearance forms require either an original signature in the signature line or **"s/name"** by attorneys filing under their own CM/ECF login. Please re-submit your Appearance Form.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Isabelle A. Candanoza, Deputy Clerk
504-310-7680