# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2026

Mr. Andrew Blanchfield
Keogh, Cox & Wilson, Limited
701 Main Street
Baton Rouge, LA 70802-5527

Ms. Elizabeth Edmondson
Jenner & Block, L.L.P.
1155 Avenue of the Americas
New York, NY 10036

No. 26-30316 Folks v. LA Dept of Pub Sfty
USDC No. 3:23-CV-1289

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from the sufficient brief/record excerpts event** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Please be sure that paper copies submitted have the CM/ECF filing header at the top of the page.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Olivia Andry
Olivia G. Andry, Deputy Clerk
504-310-7633

cc:
Mr. Derrick Luster
Mr. William Brock Most
Ms. Molly Oberstein-Allen
Ms. Shailee Diwanji Sharma
Mr. Kevin Si
Mr. Samuel Weiss